PROB 12C
(7/93)

Sr. USPO Goldman
(347) 534-3471

# United States District Court

## for the

## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Guiseppe Gambina**  Case Number **98-CR-797-01**

Name of Sentencing Judicial Officer: **The Honorable Sterling Johnson, Jr., U.S. District Court Judge.**

Date of Original Sentence: **December 10, 1998**

Original Offense: **Conspiracy to Commit Arson.**

Original Sentence: **41 months, followed by a 3 year term of supervised release.**

Type of Supervision: **supervised release.**   Date Supervision Commenced: **October 25, 2002**

Assistant U.S. Attorney: **Thomas Seigel**   Defense Attorney: **Steven Brounstein**

===================================================================

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
| --- | --- |
| 1. | Criminal Association. |
| 2. | False Reports |

Request for Warrant or Summons for
OffenderUnder Supervision

Request for Warrant or Summons for
OffenderUnder Supervision

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

    ☒ Revoked

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

Respectfully submitted:

by _____
Eileen Kelly
Deputy Chief U.S. Probation Officer
Date: April 19, 2005

THE COURT ORDERS:
☐ No Action
☒ The Issuance of a Warrant.
☐ The Issuance of a Summons.
☐ Other

        s/SJ
_____
Signature of Judicial Officer

      4/22/05
_____
Date